


IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARIANA LINDA QUINTAS o/b/o : CIVIL ACTION
JV

            v. :

CAROLYN W. COLVIN, :
Acting Commissioner of Social Security : NO. 13-6507

**FILED**

JUN - 3 2015

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

AND NOW, this 2ᴺᴰ day of JUNE , 2015, upon careful and

independent consideration, the record reveals that the Commissioner did not apply correct

legal standards and that the record does not contain substantial evidence to support the

ALJ's findings of fact and conclusions of law. As a result, this action must be remanded

to the Commissioner pursuant to sentence four of 42 U.S.C. § 405(g). Therefore, it is

hereby ORDERED that:

1. The Report and Recommendation is APPROVED AND ADOPTED;

2. Judgment is entered REVERSING the decision of the Commissioner of
Social Security for the purposes of this remand only and the relief sought
by Plaintiff is GRANTED to the extent that the matter is REMANDED for
further proceedings consistent with this adjudication;

3. The Clerk of Court is hereby directed to mark this case closed.

6-3-15
e-mailed to:
   R-Wilev
   A. Lyke
   M. Litman

BY THE COURT:

JEFFREY L. SCHMEHL, J.